# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH BOOKER, | ) |
|     Plaintiff, | ) |
| vs. | )   CASE NO. 14-560-SCW |
| DUANE NEFF, MARK GREGORY, MAJOR MOORE, RICHARD HARRINGTON, and JOSH MILEUR, | ) |
|     Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendant Richard Harrington was dismissed without prejudice on January 27, 2015 by an Order entered by Judge J. Phil Gilbert (Doc. 12).

Defendant Major Moore was granted summary judgment on November 28, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 109).

The remaining issues came before this court for jury trial. The issues have been tried and the jury has rendered its verdict (Doc. 154) in favor of Defendants Duane Neff, Mark Gregory and Josh Mileur[1] and against Plaintiff Joseph Booker.

THEREFORE, judgment is entered in favor of Defendants **DUANE NEFF, MARK GREGORY, MAJOR MOORE** and **JOSH MILEUR** and against Plaintiff **JOSEPH BOOKER.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule

---

1 Defendants' names in the complaint were incorrectly listed as C/O Neff, C/O Gregory, and Lt. Muilder and have been corrected for judgment purposes.

59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 13th day of February, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

**BY: /s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by  /s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**